# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LESLEY FOSTER** and **RONALD FOSTER,**
Appellants,

v.

## PNC BANK, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, AS SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO.,
Appellee.

No. 4D16-3284

[December 21, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 10-48207 CACE 11.

Catherine A. Riggins, Miami, for appellant.

N. Mark New, II and William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***